**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
ANTHONY PETERSON, individually and on behalf of all others similarly situated, as Collective and Class representative,

       Plaintiff,

v.

LABORATORY CORPORATION OF AMERICA HOLDINGS d/b/a LABCORP DIAGNOSTICS,

       Defendant.

-------------------------------------------------------------x

Case No.: 1:20-cv-1056 (MAD/TWD)

**NOTICE OF JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT**

**PLEASE TAKE NOTICE** that, for the reasons stated in the accompanying Memorandum in Support of the Joint Motion for Approval of Settlement Agreement, the parties will move this Court, before the Honorable Therese Wiley Dancks, United States District Judge, United States District Court for the Northern District of New York, at 100 S. Clinton Street Syracuse, New York 13261, for an order approving the settlement agreement.

Dated: July 9, 2021

| | |
|---|---|
| /s/ Michael J. Palitz | /s/ Reed L. Russell    (with consent) |
| Troy L. Kessler | George P. Barbatsuly |
| Garrett Kaske | K&L Gates LLP |
| KESSLER MATURA P.C. | One Newark Center |
| 534 Broadhollow Road, Suite 275 | Tenth Floor |
| Melville, New York 11747 | Newark, New Jersey 07102 |
| Email: tkessler@kesslermatura.com | Telephone: (973) 848-4104 |
| Email: gkaske@kesslermatura.com | Facsimile: (973) 556-1584 |
| | Email: george.barbatsuly@klgates.com |
| Michael J. Palitz | |
| SHAVITZ LAW GROUP, P.A. | and |
| 800 3rd Avenue, Suite 2800 | |
| New York, New York 10022 | John E. Phillips (*pro hac vice*) |
| Email: mpalitz@shavitzlaw.com | Reed L. Russell (*pro hac vice*) |
| | Erin L. Malone (*pro hac vice*) |

1

2

| | |
|---|---|
| Gregg I. Shavitz<br>Tamra Givens<br>SHAVITZ LAW GROUP, P.A.<br>951 Yamato Road, Suite 285<br>Boca Raton, Florida 33431<br>Email:  gshavitz@shavitzlaw.com<br>Email:  tgivens@shavitzlaw.com<br><br>Attorneys for Plaintiff | PHELPS DUNBAR LLP<br>100 South Ashley Drive<br>Suite 2000<br>Tampa, Florida 33602-5311<br>Telephone: (813) 472-7550<br>Facsimile: (813) 472-7570<br>Email: john.phillips@phelps.com<br>Email: reed.russell@phelps.com<br>Email: erin.malone@phelps.com<br><br>Attorneys for Defendant |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 9, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to Defendant's Counsel:

George P. Barbatsuly
K&L Gates LLP
One Newark Center
Tenth Floor
Newark, New Jersey 07102
Telephone: (973) 848-4104
Facsimile: (973) 556-1584
Email: george.barbatsuly@klgates.com

John E. Phillips (*pro hac vice*)
Reed L. Russell (*pro hac vice*)
Erin L. Malone (*pro hac vice*)
PHELPS DUNBAR LLP
100 South Ashley Drive
Suite 2000
Tampa, Florida 33602-5311
Telephone: (813) 472-7550
Facsimile: (813) 472-7570
Email: john.phillips@phelps.com
Email: reed.russell@phelps.com
Email: erin.malone@phelps.com

                                              s/Michael J. Palitz
                                              Attorney for Plaintiffs