UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**JUDGMENT IN A CIVIL CASE**

**ANTHONY PETERSON,**
        **Plaintiff,**

**vs.**                                    **1:20-cv-1056 (MAD/TWD)**

**LABORATORY CORPORATION
OF AMERICA HOLDINGS,**
        **Defendant.**

---

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the joint motion for approval of the FLSA settlement is **GRANTED**; and the Court further **ORDERS** that this case is **DISMISSED** with prejudice as set forth in the settlement agreement; and the Court further **ORDERS** that the Clerk of the Court shall enter judgment by reason of settlement and close this case, all of the above pursuant to the Memorandum-Decision and Order of the Honorable Judge Mae A. D'Agostino, dated the 17th day of December, 2021.

DATED: December 17, 2021

*[signature]*
Clerk of Court

                                            s/Britney Norton
                                            Deputy Clerk